MARXUACH, DEMANDANTE Y APELADO, *v.* AGUILAR ET AL.,
DEMANDADOS Y APELANTES.

APELACIÓN procedente de la Corte de Distrito de San Juan,
Sección 1ª., en un caso sobre propiedad y desalojo de una
casa.

No. 1093.—Resuelto en marzo 11, 1914.

APELACIONES DE LAS CORTES MUNICIPALES—DESESTIMACIÓN DE APELACIÓN—SEN-
TENCIAS.—La resolución de una corte de distrito desestimando una apelación
procedente de una corte municipal en un caso civil por haber transcurrido
con exceso el término de 20 días que marca la sección 1 de la Ley de
marzo 11, 1908, para la radicación de los autos en la corte de distrito, es
inapelable por no constituir una sentencia a los efectos del párrafo 2 del
artículo 295 del Código de Enjuiciamiento Civil, enmendado por Ley de
marzo 9, 1905.

Los hechos están expresados en la opinión.
Abogado del apelado: *Sr. Manuel F. Rossy.*
Abogados de los apelantes: *Sres. Savage* y *Francis.*

EL JUEZ ASOCIADO SR. ALDREY, emitió la opinión del tri-
bunal.

Antes de que la transcripción de la apelación fuera reci-
bida en la Secretaría de esta Corte Suprema nos presentó el
apelado una moción para que desestimáramos el recurso, fun-
dándose para ello en que no era apelable la resolución de la
corte inferior contra la cual se estableció la apelación, cues-
tión que no pudimos considerar entonces porque dejó de
demostrársenos suficientemente que tal apelación existiera, y
aun cuando después del recibo de la transcripción no ha
reproducido el apelado su solicitud ni ha presentado alegato
alguno, como la vista de la apelación se ha celebrado debemos
previamente resolver la cuestión propuesta porque ataca a
la jurisdicción de esta corte para decidir la apelación.

La demanda a que se refiere este recurso tuvo su origen
en la Corte Municipal de San Juan y dictada sentencia los
demandados apelaron de ella para ante la Corte de Distrito

de San Juan, ante cuya sección primera compareció el apelado
solicitando que se desestimara la apelación toda vez que los
apelantes habían dejado transcurrir con exceso los veinte días
que fija la sección primera de la ley de 11 de marzo de 1908
para presentar en la corte de distrito la correspondiente mo-
ción personándose y depositar los derechos correspondientes;
petición que después de discutida por las partes fué resuelta
por la corte de distrito declarándola con lugar y desierto el
recurso interpuesto, habiendo sido registrada como sentencia
tres días después. Esta resolución de la corte inferior es la
que motiva el presente recurso de apelación. Tal resolución
no es apelable.

Las resoluciones que dictan las cortes desestimando un
recurso de apelación por haber dejado de cumplir el apelante
determinados requisitos para que pueda ser oída, no son ver-
daderas sentencias, aunque como tales se registren y aunque
producen el efecto de dejar firme la sentencia apelada, porque
no resuelven los méritos del pleito y se limitan a negarse a
oir y decidir el recurso. *Harrington* v. *Holler,* 111 U. S.,
796 y *Wenar* v. *Jones,* 217 U. S., 593, aplicados por nosotros
en el caso de *Cautiño* v. *Muñoz,* que resolvimos en noviembre
11 de 1913. Por consiguiente, esas resoluciones no están com-
prendidas entre las sentencias a que se refiere el número 2
del artículo 295 del Código de Enjuiciamiento Civil tal como
quedó enmendado en el año 1905.

La apelación debe ser desestimada.

*Desestimada la apelación.*

Jueces concurrentes: Sres. Presidente Hernández y Aso-
ciados Wolf y del Toro.